UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 1:23-cv-00281-TLN-CKD |
| Plaintiff, | ORDER |
| v. | |
| CIGARETTE OUTLET SMOKE SHOP, ET AL., | |
| Defendants. | |

    Plaintiff, GS Holistic, LLC, filed a motion for default judgment against defendant Maher Nagi on December 8, 2023.  (ECF No. 29.)  The matter is set for hearing on January 31, 2024. Pursuant to Local Rule 230(c), defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e., December 22, 2023.  Although that deadline has passed, no opposition or statement of non-opposition has been filed.

    Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendants one additional, final opportunity to oppose the motion.

//////////////

//////////////

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The January 31, 2024 hearing on plaintiff's motion for default judgment is VACATED. The court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The court will reschedule a hearing at a future date, if necessary;

2. Any opposition by defendants shall be filed no later than February 1, 2024, and the reply brief(s) from plaintiff, if any, are due February 8, 2024;

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against them; and

4. Plaintiff shall promptly serve a copy of this order on defendants at their last-known addresses, and file proofs of service.

Dated: January 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,gsho.2081

2